1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   AUNDREY LEDELLE LETT,            )   NO. EDCV 11-1416 JFW (SS)
                                      )
12                  Plaintiff,        )
                                      )   **ORDER ACCEPTING FINDINGS,**
13           v.                       )
                                      )   **CONCLUSIONS, AND RECOMMENDATIONS**
14   SAN BERNARDINO COUNTY, et al.,   )
                                      )   **OF UNITED STATES MAGISTRATE JUDGE**
15                  Defendants.       )
                                      )
16                                    )
                                      )
17   _____)

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint

19   in the above-captioned matter, all the records and files herein, and the

20   Report and Recommendation of the United States Magistrate Judge.  The

21   time for filing Objections to the Report and Recommendation has passed

22   and no Objections have been received.  Accordingly, the Court accepts

23   and  adopts  the  findings,  conclusions  and  recommendations  of  the

24   Magistrate Judge.

25   \\

26   \\

27   \\

28   \\

1      **IT IS ORDERED** that Judgment shall be entered dismissing this action

2  with prejudice.

3

4      **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and

5  the Judgment herein on Plaintiff at his current address of record.

6

7      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9

10  DATED:   February 7, 2012

11

12      JOHN F. WALTER
        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28