JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUNDREY LEDELLE LETT,<br><br>         Plaintiff,<br><br>    v.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>         Defendants. | NO. EDCV 11-1416 JFW (SS)<br><br><br>**JUDGMENT** |

   Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  February 7, 2012

                                          /s/ John F. Walter
                                          JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE