JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUNDREY LEDELLE LETT,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>SAN BERNARDINO COUNTY, et al.,  )<br>  )<br>        Defendants.  )<br>  ) | NO. EDCV 11-1416 JFW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  February 7, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE